UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD T. KELMAN,

    Plaintiff,

v.

KENTWOOD POLICE DEPARTMENT, et al.,

    Defendants.
_____/

Case No. 1:24-cv-363

Hon. Hala Y. Jarbou

## ORDER

On April 9, 2024, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Court dismiss Plaintiff's complaint for failure to state a claim and to find no good faith basis for an appeal. (R&R, ECF No. 6). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on April 23, 2024. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is dismissed for failure to state a claim.  The Court finds no good faith basis for an appeal and should Plaintiff appeal this decision, the Court assesses the $605.00 appellate filing fee.

A judgment will issue in accordance with this order.

Dated: April 25, 2024                          /s/ Hala Y. Jarbou
                                              HALA Y. JARBOU
                                              CHIEF UNITED STATES DISTRICT JUDGE